UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON
CIVIL ACTION NO. 06-338-~~KKC~~ REW

WILMA OAKES,                              PLAINTIFF,

VS:         **AGREED ORDER DISMISSING AS SETTLED**

MGM COLLECTION AGENCY, INC.,                 DEFENDANT.

\*\*\* \*\*\* \*\*\*

Each of the parties, by counsel, having agreed hereto and being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

(1) The defendant, MGM Collection Agency, Inc., shall cease all collection efforts against the plaintiff, Wilma Oakes upon that Default Judgment obtained by them against her in Civil Action No. 02-C-213 in the Whitley District Court.

(2) Each party shall bear their own costs herein.

(3) This action shall be and is hereby dismissed as settled and is ordered to be stricken from the Court's docket. The dismissal is with prejudice.

_____
MAGISTRATE JUDGE, UNITED STATES
DISTRICT COURT

SEEN AND APPROVED BEFORE
ENTRY BY:

_____
JASON PRICE, COUNSEL FOR
PLAINTIFF

_____
JAMES E. HIBBARD, COUNSEL FOR
DEFENDANT